

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc. and Union Pacific Railroad Company, Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The trial court clerk has filed a notice stating a document requested to be included in the clerk's record was not filed with the trial court clerk. The trial court clerk's notice also states counsel is "in the process of trying to locate" the order.

We therefore **ORDER** the parties to file a notice within 7 days of this order advising whether (1) the missing document remains missing and unfiled; and (2) whether the parties have agreed to replace the document by agreement. If the document is located, or the parties agree to replace the document by agreement, we **ORDER** that the document be filed with the trial court clerk for inclusion in the clerk's record and that the parties notify this court when any such document is filed.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.



Michael A. Cruz,
Clerk of Court